454 A.2d 164

Commonwealth v. Griffith, Appellant.

Argued March 16, 1982. Roy Ogburn, for appellant; George B. Kaufman, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and HOFFMAN, JJ.

The judgments of sentence of the lower court are affirmed.